KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J. JESUS VEGA-FIGUEROA,<br><br>    Petitioner,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States, and DAVID STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship an Immigration Services,<br><br>    Respondents. | No. C 05-4353 MMC<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE; AND [~~PROPOSED~~] ORDER** |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice to renewal if Respondents have not adjudicated Petitioner's application for naturalization by January 10, 2006.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 05-4353-MMC

| | | |
|---|---|---|
|1| Date: December 2, 2005 | Respectfully submitted, |
|2| | KEVIN V. RYAN<br>United States Attorney |

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: December 5, 2005         _____/s/_____
                               FRANK P. SPROULS
                               Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: December 6, 2005        _____
                               MAXINE M. CHESNEY
                               United States Magistrate Judge

Stipulation to Dismiss
C 05-4353-MMC                                  2